584 A.2d 226

STATE OF NEW JERSEY v. ALISON TOWEY.

May 30, 1990.

Petition for certification denied. (See 244 *N.J.Super.* 582, 583 *A.*2d 352)

584 A.2d 226

STATE OF NEW JERSEY v. ALISON TOWEY.

May 30, 1990.

Cross-petition for certification denied. (See 244 *N.J.Super.* 582, 583 *A.*2d 352)

584 A.2d 227

WILLIAM BRODERICK v. PLANNING BOARD OF CLIFFSIDE PARK.

May 30, 1990.

Petition for certification denied.

584 A.2d 227

STATE OF NEW JERSEY v. JOHN B. HARRIS.

May 30, 1990.

Petition for certification denied.